Receipt # 61030

FILED
2011 APR 18 PM 1:58
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

UNCLAIMED FUNDS

APRIL 15, 2011

07-62788    DEBRA BOUDLER
CREDITOR DID NOT CASH CHECK
CHECK #491655 FOR $2.75
TIM BOUDLER
743 IKE ST
MINERVA, OH 44657

07-62788    DEBRA BOUDLER
DEBTOR DID NOT CASH CHECK
CHECK #491656 FOR $4.92
DEBRA BOUDLER
5005 CALIFORNIA AVE
LOUISVILLE, OH 44641

09-63091    THERESA TONKIN
CREDITOR DID NOT CASH CHECK
CHECK #491657 FOR $380.81
FIRST MERIT BANK, NA
111 CASCADE PLAZA
CAS 36
AKRON, OH 44308

09-64783    GREG SPENCE
HOLLIE SPENCE
DEBTORS DID NOT CASH CHECK
CHECK #491658 FOR $648.00
GREG SPENCE
HOLLIE SPENCE
792 GRANT STREET
WOOSTER, OH 44691

05-67323    CHARLES MASSEY, JR
DONNA MASSEY
DEBTORS DID NOT CASH CHECK
CHECK #491659 FOR $12.64
CHARLES MASSEY, JR
DONNA MASSEY
5187 LINCOLN HWY
BUCYRUS, OH 44820

```
      0 . *
      2 . 75 +
      4 . 92 +
    380 . 81 +
    648 . 00 +
     12 . 64 +
    279 . 23 +
     67 . 03 +
     15 . 25 +
  1,410 . 63 *
```